McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY SCOTT HEDGES, <br><br> Defendants. | CASE NO. 1:20-cr-00117-NONE-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 23, 2020 charging the above defendant with violations of 18 U.S.C. § 1343 – WIRE FRAUD; 18 U.S.C. §§ 1957 and 2 – MONEY LAUNDERING; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c) - CRIMINAL FORFEITURE, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: JULY 23, 2020          Respectfully submitted,

1
2                               McGREGOR W. SCOTT
                              United States Attorney
3
4                 By    /s/ LAURA D. WITHERS
                            LAURA D. WITHERS
5                             Assistant U.S. Attorney

6
    IT IS SO ORDERED.
7
Dated:  JULY 23, 2020      /s/ Sheila K. Oberto
8                           SHEILA K. OBERTO
9                           U.S. Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion to Seal Indictment                             2