PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT HEDGES,<br><br>Defendant. | CASE NO. 1:20-CR-0117 JLT SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>OLD DATE: June 15, 2022<br><br>NEW DATE: August 3, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

The United States of America, by and through Kirk E. Sherriff, Assistant United States Attorney, and the defendant, by and through Daniel A. Bacon, his attorney of record, submit this stipulation to continue the status conference in this case from June 15, 2022, to August 3, 2022, at 1:00 p.m. The parties request that the Court consider the case-specific facts set forth below in finding excludable delay appropriate in this case under the ends-of-justice exception, 18 U.S.C. § 3161(h)(7). If continued, this Court should designate a new date for the status conference. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

///

///

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Jeffrey Hedges, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 15, 2022.

2. By this stipulation, the parties move to continue the status conference until August 3, 2022, and to exclude time between June 15, 2022, and August 3, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant requires additional time to confer with counsel and the defendant concerning another pending criminal case in the Central District of California, to prepare for a change of plea and subsequent proceedings in the present case, and to further review with the defendant matters concerning the current charges and the plea agreement. Counsel for defendant anticipates that the requested continuance of the status conference will enable the parties to reset this matter for a change of plea hearing prior to the continued status conference date.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2022 to August 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 8, 2022                              PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ Kirk E. Sherriff
                                                  KIRK E. SHERRIFF
                                                  Assistant United States Attorney


Dated:  June 8, 2022                              /s/ Daniel A. Bacon
                                                  (authorized on 6/8/22)
                                                  DANIEL A. BACON
                                                  Counsel for Defendant
                                                  JEFFREY SCOTT HEDGES

**ORDER**

IT IS SO FOUND AND ORDERED. IT IS ORDERED that the status conference in this case be continued from June 15, 2022, until August 3, 2022, at 1:00 p.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the requested schedule set forth herein outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2022 to August 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

DATED: 6/8/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE