PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-0117 JLT SKO |
|---|---|
| Plaintiff, | STIPULATION TO SENTENCING HEARING; ORDER |
| v. | OLD DATE: September 30, 2022 |
| JEFFREY SCOTT HEDGES, | NEW DATE: November 10, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

The United States of America, by and through Kirk E. Sherriff, Assistant United States Attorney, and the defendant, by and through Daniel A. Bacon, his attorney of record, submit this stipulation to continue the sentencing hearing in this case from September 30, 2022, to November 10, 2022, at 9:00 a.m. The grounds for this stipulation are that, after conferring with the probation officer, the parties understand that the probation office will require additional time to prepare the presentence report. The probation officer has indicated that the new date of November 10, 2022, will allow sufficient time for

///

///

1  the completion of the presentence report and for the submission of informal and/or formal objections, if
2  any.  The parties do not anticipate a further request to extend the sentencing hearing date.
3      IT IS SO STIPULATED.

Dated:  August 31, 2022              PHILLIP A. TALBERT
                                     United States Attorney

                                     */s/ Kirk Sherriff*
                                     KIRK E. SHERRIFF
                                     Assistant United States Attorney


Dated:  August 31, 2022              */s/ Dan Bacon*
                                     DANIEL A. BACON
                                     Counsel for Defendant
                                     JEFFREY SCOTT HEDGES

STIPULATION TO CONTINUE SENTENCING HEARING;
ORDER

2

**ORDER**

IT IS ORDERED that the sentencing hearing as to Jeffrey Scott Hedges is continued from September 30, 2022, to November 10, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 2, 2022**

UNITED STATES DISTRICT JUDGE