1  PHILLIP A. TALBERT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:20-CR-00117-JLT

12                         Plaintiff,     ORDER AUTHORIZING APPLICATION OF
                                          CASH BOND
13            v.                          DEPOSIT TO CRIMINAL DEBT

14 JEFFREY SCOTT HEDGES,

15                        Defendant.

16

17        The Court, having reviewed the court's files and the Motion for Order Authorizing Application

18 of Cash Bond Deposit to Criminal Debt, and good cause appearing therefrom, hereby GRANTS the

19 Motion.

20        Accordingly, IT IS ORDERED that the Clerk of the Court shall apply the bond monies totaling

21 $50,000.00 posted by Defendant (plus any accrued interest) to Defendant's criminal monetary penalties

22 in the order stated in the Schedule of Payments section of the Judgment.

23 IT IS SO ORDERED.

24
      Dated:   **February 15, 2023**
25                                         UNITED STATES DISTRICT JUDGE

26

27

28

   ORDER AUTHORIZING APPLICATION OF CASH BOND        1
   DEPOSIT TO CRIMINAL DEBT